**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**THE SAMUEL LAW FIRM**
Michael Samuel (MS 7997)
1441 Broadway
Suite 6085
New York, New York 10018
(212) 563-9884
michael@thesamuellawfirm.com

Attorneys for Plaintiff

| | |
|---|---|
| PABLO RAMON RODRIGUEZ,<br><br>Plaintiff,<br><br>  - vs. –<br><br>New Generation Hardware Store Corp. and Kevin Reyes,<br><br>            Defendants. | DOCKET NO.1:22-cv-04422-LJL<br><br>**NOTICE OF SECOND MOTION FOR DEFAULT** |

**NOTICE OF PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE, that upon the following declaration of Michael Samuel, Esq., the accompanying declaration of plaintiff Pablo Ramon Rodriguez and all pleadings and supporting materials filed herewith, Plaintiff hereby moves this Court for a default judgment in the amount of a sum certain of $633,045.26, plus attorneys' fees and costs in the amount of $4,220.00, or in the alternative for a proof hearing to establish plaintiff's damages.

Dated: November 3, 2022

                                    /s/ Michael Samuel
                                    Michael Samuel, Esq.