UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO RAMON RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　- vs. –<br><br>NEW GENERATION HARDWARE STORE CORP. and KEVIN REYES,<br><br>　　　　　Defendants. | DOCKET NO. 1:22-cv-04422-LJL<br><br><br>**DEFAULT JUDGMENT** |

This action having been commenced on May 28, 2022, by the filing of the Summons and Complaint; and then the filing of the Summons and Amended Complaint on September 29, 2022, and a copy of the Summons and Amended Complaint having being served on defendant Kevin Reyes and New Generation Hardware Store Corp., by serving defendant Kevin Reyes personally on October 8, 2022, and proof of service for each defendant having being filed with the District Court on October 12, 2022; defendants New Generation Hardware Store Corp. and Kevin Reyes not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk's Certificate of Default having been issued on November 2, 2022 it is:

ORDERED, ADJUDGED AND DECREED: That Plaintiff has judgment against defendants Kevin Reyes and New Generation Hardware Store Corp. in the liquidated amount of $637,265.26 as follows: for plaintiff Pablo Ramon Rodriguez: $633,045.25; plus attorneys' fees, costs and disbursements of this action in the amount of $4,220.

Dated: New York, NY　　　　　　　　　SO ORDERED:
　　　　　_____, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Lewis J. Liman
　　　　　　　　　　　　　　　　　United States District Judge