UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PABLO RAMON RODRIGUEZ, on behalf of
Himself and all other persons similarly situated,

                            Plaintiff,

-against-                                      22 **CIVIL** 4422 (LJL)

## JUDGMENT

NEW GENERATION HARDWARE STORE CORP.
D/B/A NEW GENERATION HARDWARE STORE,
and KEVIN REYES,

                            Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2023, the Court has concluded that Plaintiff is entitled to relief on his claim for back wages, including unpaid spread-of hours pay, and for attorneys' fees and costs. Judgment is entered reflecting the Court's holding and setting for the Plaintiff's damages as follows: For Plaintiff Pablo Ramon Rodriguez: $221,478.40 in back wages, $221,478.40 in liquidated damages, and $20,103.43 for unpaid spread of hours wages under the NYLL; $10,000 for Defendants' violations of the Wage Theft Prevention Act; and 9% prejudgment interest with respect to Plaintiff's back wages and spread of hours claim, accruing from December 13, 2018 in the amount of $90,126.57. The Court has also awarded attorneys' fees in the amount of $3,650.00 and costs in the amount of $570.00.

**Dated:**  New York, New York

       February 3, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                              **Clerk of Court**

                           **BY:**      _K. Mango_

                                                        _____
                                                               **Deputy Clerk**