```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PABLO RAMON RODRIGUEZ, *on behalf of himself* :
*and all others similarly situated*, :
:
                Plaintiff, :     22-cv-04422 (LJL)
:
    -v- :     <u>ORDER</u>
:
NEW GENERATION HARDWARE STORE CORP. et :
al., :
:
                Defendants.     X

---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       On January 22, 2024, this Court ordered Defendant Kevin Reyes to respond to Plaintiff's information subpoena dated June 5, 2023, Dkt. No. 55-1 at 4–9, 10–16, within two weeks of the Court's Order, Dkt. No. 58. The Court's January 22, 2024 Order and information subpoena were served on Reyes on January 31, 2024. Dkt. No. 59. Plaintiff now moves for an order holding both Reyes and co-Defendant New Generation Hardware Stores in contempt or ordering both Defendants to show cause why they should not be held in contempt for failure to comply with both the information subpoena and a previously served subpoena duces tecum, and for an award of sanctions, costs, and attorney's fees incurred in connection with enforcement of the subpoenas. Dkt. No. 61. The Court's January 22, 2024 Order directed Reyes to comply with the information subpoena. The Court will hold a contempt hearing as to Reyes's failure to comply with the Court's order directing him to respond to the information subpoena on Thursday, March 21, 2024 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Opposition briefs are due by March 6, 2024. Plaintiff is directed to serve this Order upon Defendants Reyes

2

and New Generation Hardware Stores and to file a proof of service on the docket no later than February 23, 2024.

      SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                     LEWIS J. LIMAN
                                United States District Judge