```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PABLO RAMON RODRIGUEZ,                                             :
                                                                   :
                              Plaintiff,                           :
                                                                   :      22-cv-4422 (LJL)
              -v-                                                  :
                                                                   :         ORDER
NEW GENERATION HARDWARE STORE CORP. et                             :
al.,                                                               :
                                                                   :
                              Defendants.                          :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/24/2024__

LEWIS J. LIMAN, United States District Judge:

For the avoidance of doubt, notwithstanding the directive in the sanctions order of April 2, contempt sanctions will remain at $500 per week day, rather than increasing to $1,000 per week day.

SO ORDERED.

Dated: April 24, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge