```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PABLO RAMON RODRIGUEZ,                                             :
                                                                   :
                        Plaintiff,                                 :
                                                                   :       22-cv-4422 (LJL)
                -v-                                                :
                                                                   :          ORDER
NEW GENERATION HARDWARE STORE CORP. et                             :
al.,                                                               :
                                                                   :
                        Defendants.                                :
                                                                   X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/24

LEWIS J. LIMAN, United States District Judge:

Before the Court is the renewed motion of Plaintiff Pablo Ramon Rodriguez ("Plaintiff") for the arrest of Defendant Kevin Reyes ("Reyes"), in light of Mr. Reyes's continued failure to comply with the Court's directive to respond to Plaintiff's information subpoena. *See* Dkt. No. 72. The Court will hold a hearing on May 28, 2024 at 10:00 AM on Plaintiff's motion to determine whether it is necessary that Mr. Reyes be arrested and ordered incarcerated in order to secure his compliance with the Court's Order of January 22, 2024. *See Paramedics Electromedicina Comercial, Ltda. v. GE Med. Sys. Info. Techs., Inc.*, 369 F.3d 645, 657 (2d Cir. 2004). The hearing shall be held in Courtroom 15C, 500 Pearl Street, New York, NY 10007, and Mr. Reyes is ordered to attend.

As stated in the Court's previous Orders, *see* Dkt. Nos. 67, 70, if Mr. Reyes appears and is without counsel, counsel will be provided at no cost to him to defend him, *see, e.g.*, *Bank of Credit & Com. Int'l (Overseas) Ltd. v. Tamraz*, 2006 WL 1643202, at *3 (S.D.N.Y. June 13, 2006). Mr. Reyes is on notice that if, at the hearing, the Court determines that Mr. Reyes's continued violation of the Court's directive is a proper basis for arrest, it will order his arrest and

incarceration for such a period of time as is necessary to secure compliance with the Court's directive. The Court will make that determination in Mr. Reyes's absence if he fails to appear.

Plaintiff is ordered to serve a copy of this Order on Mr. Reyes by Federal Express one-day delivery return-receipt and first class mail return-receipt by May 15, 2024, and to file a certificate of service on the docket.

SO ORDERED.

Dated: May 13, 2024
New York, New York

LEWIS J. LIMAN
United States District Judge