```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
PABLO RAMON RODRIGUEZ                                            :
                                                                 :
                              Plaintiff,                         :
                                                                 :            22-cv-4422 (LJL)
            -v-                                                  :
                                                                 :               ORDER
NEW GENERATION HARWARE STORE CORP. et al.,                       :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/24
```

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today, May 28, 2024, on Plaintiff's motion that the Court order Defendant Kevin Reyes to be arrested for contempt of this Court's order of January 22, 2024. At the request of the Court, Amy Gallicchio of the Federal Defenders of New York appeared to prospectively represent Mr. Reyes should he qualify financially for appointment of counsel. Based on the record, the Court found Mr. Reyes remains in contempt of this Court's orders and that arrest is sufficient, but no greater than necessary, to ensure Mr. Reyes's compliance. The Court thus orders the United States Marshals Service to arrest Mr. Reyes and detain him until his contempt is purged by responding to the Court's Order of January 22, 2024, Dkt. No. 58, and complying with the Information Subpoena dated June 6, 2023, and by paying all accrued contempt sanctions. The Court stays the effect of this Order until June 11, 2024, to permit Mr. Reyes to comply with the Court's orders without being arrested. The Court will hold a hearing on June 11, 2024 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10013. Mr. Reyes is reminded that he is entitled to counsel to defend him in the contempt proceeding. If Mr. Reyes fails to appear at that hearing and if he has not come into compliance with the Court's orders, the Court will lift the stay and order Mr. Reyes's arrest.

Plaintiff is ordered to serve a copy of this Order on Mr. Reyes by Federal Express one-day delivery return-receipt and first class mail return-receipt by May 30, 2024, and to file a certificate of service on the docket.

SO ORDERED.

Dated: May 28, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge