```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
PABLO RAMON RODRIGUEZ,                                         :
                                                               :
                        Plaintiff,                             :
                                                               :        22-cv-4422 (LJL)
        -v-                                                    :
                                                               :            ORDER
NEW GENERATION HARDWARE STORE CORP. et                         :
al.,                                                           :
                                                               :
                        Defendants.                            :
                                                               X
---------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/11/24

LEWIS J. LIMAN, United States District Judge:

      This order documents the rulings made at today's contempt conference. Defendant Kevin Reyes appeared at the conference. He began complying with the Court's order of January 22, 2024, on June 10, 2024, and has placed himself in compliance with that order as of today. Accordingly, the contempt sanctions previously imposed will cease accruing as of June 10, 2024, and the Court vacates its directive that the United States Marshals cause the arrest of Mr. Reyes.

      The Court will hear the parties telephonically on June 24, 2024, at 3:00PM, to address next steps in this matter, including whether to refer the parties to mediation and whether Plaintiff seeks additional post-judgment discovery or enforcement. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. Should no counsel have appeared for Mr. Reyes by that date, Mr. Reyes will be permitted to proceed *pro se*. To the extent Defendant New Generation Hardware Store Corp. also plans to appear, it must be represented by counsel. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (explaining that a corporation "may appear in the federal courts only through licensed counsel," and may not appear *pro se*).

      The Clerk of Court is respectfully directed to update Mr. Reyes's contact information on the electronic docket as listed below, and close Dkt. No. 72.

      Kevin Reyes
      1454 Hammersley Avenue
      Bronx, NY 10469
      347-610-6069
      Mr.Reyes1800@gmail.com

      SO ORDERED.

Dated: June 11, 2024
      New York, New York

                                            LEWIS J. LIMAN
                                         United States District Judge