
MANDELBAUM
BARRETT

**Jed M. Weiss, Esq.**
570 Lexington Avenue
21st Floor
New York, NY 10022
jweiss@mblawfirm.com
T: (212) 324-1877

June 24, 2024

<u>**VIA ECF**</u>

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 15C
New Yok,  NY 10007

<span style="color:blue">REQUEST GRANTED.
The Telephone Conference scheduled for today, June 24, 2024, is rescheduled to July 3, 2024 at 3:00PM.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.</span>

6/24/2024    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

RE:    Pablo Ramon Rodriguez v. New Generation Hardware Store Corp. et al.
       Index No:  22-CV-4422 (LJL)

Your Honor:

We have been retained by Defendants New Generation Hardware and Kevin Reyes ("Defendants") in the above captioned matter.  We write in advance of the telephonic conference scheduled for 3:00 p.m. today.  I apologize that this submission is filed just a few hours before the conference, but our retention was just finalized.  We write to respectfully request a brief adjournment of the conference this afternoon, alternatively we are available to make the same request orally at 3:00 p.m.  On Friday, June 21st, I had an opportunity to speak with Plaintiff's counsel with whom I have worked with in the past.  We discussed the extensive history of this case, and the possibility of resolution.  If it pleases the Court, Defendants respectfully request the brief adjournment so that Defendants' newly retained counsel, and Plaintiff's counsel, can attempt to explore the possibility of resolution themselves.  Plaintiff's counsel consents to this request.  This is Defendants' first request for an adjournment.

Again, we are happy to address this at 3:00 p.m. today as well.  We thank the Court for its patience, and kind consideration herein.

Respectfully submitted,

*Jed M. Weiss*
JED M. WEISS

1

4889-5743-8667, v. 1