

**Jed M. Weiss, Esq.**
570 Lexington Avenue
21st Floor
New York, NY 10022
jweiss@mblawfirm.com
T: (212) 324-1877

July 1, 2024

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 15C
New Yok, NY 10007

      RE:    Pablo Ramon Rodriguez v. New Generation Hardware Store Corp. et al.
                Index No: 22-CV-4422 (LJL)

Your Honor:

      We are counsel to Defendants New Generation Hardware and Kevin Reyes ("Defendants") in the above captioned matter. We write to respectfully request a second adjournment of the July 3, 2024 telephonic conference in the above captioned matter. Your Honor may recall that we wrote the Court on June 24th requesting an adjournment of the telephonic conference scheduled for 3:00 p.m. that day. The Court graciously granted the request, and re-scheduled the conference for 3:00 p.m. on July 3rd (Dkt. No. 81). I am currently scheduled to be in Court in person before the Honorable Joel M. Cohen in the New York State Supreme Court for an oral argument in the matter of *PS 90 Board of Managers v. L&M Development Partners, et al.*, Index No. 654603/2017, at 2:15 p.m. on July 3rd (A copy of the E-track appearance notification is attached hereto for the Court's reference). I apologize for burdening the Court with repeated requests for an adjournment, but it is necessary in light of the scheduling conflict. I have conferred with Plaintiff's counsel who consents to this request, and we are both available on July 10th at 3:00 p.m. if that suits the Court's schedule. We thank the Court for its kind consideration herein.

*The telephonic conference is adjourned until July 10, 2024 at 3:00 p.m. The teleconference line is (888) 251-2909, Access Code 2123101.*

*July 1, 2024*

                                              Respectfully submitted,

                                              *Jed M. Weiss*
                                              JED M. WEISS

SO ORDERED.
/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge




# WebCivil Supreme - Appearance Detail

Court:	**New York Supreme Court**
Index Number:	**654603/2017**
Case Name:	**PS 90 BOARD OF MANAGERS; vs. L&M DEVELOPMENT PARTNERS,**
Case Type:	**Comm-Contract**
Track:	**Complex**

## Appearance Information:

| Appearance Date | Time | Court Date Purpose | Fully Virtual | Court Date Type | Outcome Type | Justice Part | Remarks | Motion Seq |
|---|---|---|---|---|---|---|---|---|
| 07/03/2024 | 02:15 PM | Motion-Notice of Motion | No | Courtroom | | Cohen, Hon. Joel M. 03M | ORAL ARGUMENT - IN PERSON | 10 |
| 07/03/2024 | 02:15 PM | Motion-Notice of Motion | No | Courtroom | | Cohen, Hon. Joel M. 03M | ORAL ARGUMENT DIRECTED | 8 |
| 07/03/2024 | 02:15 PM | Motion-Notice of Motion | No | Courtroom | | Cohen, Hon. Joel M. 03M | ORAL ARGUMENT DIRECTED | 9 |
| 06/17/2024 | 10:30 AM | Motion-Notice of Motion | No | Courtroom | Adjourned | Cohen, Hon. Joel M. 03M | ORAL ARGUMENT - IN PERSON | 10 |
| 05/23/2024 | 10:00 AM | Motion-Notice of Motion | No | Courtroom | Adjourned | Cohen, Hon. Joel M. 03M | ORAL ARGUMENT IN PERSON | 8 |
| 05/23/2024 | 10:00 AM | Motion-Notice of Motion | No | Courtroom | Adjourned | Cohen, Hon. Joel M. 03M | ORAL ARGUMENT IN PERSON | 9 |
| 05/23/2024 | 10:00 AM | Motion-Notice of Motion | No | Courtroom | Adjourned | Cohen, Hon. Joel M. 03M | ORAL ARGUMENT IN PERSON | 10 |
| 01/03/2024 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | PER SOS (DOC 343) COURT IN RECESS 12/27 | 9 |
| 01/03/2024 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | PER SOS (DOC 342) COURT IN RECESS 12/27 | 8 |
| 01/03/2024 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | PER SOS (DOC 344) COURT IN RECESS 12/27 | 10 |
| 12/06/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | STIP (DOC 334) | 10 |
| 12/06/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | STIP (DOC 332) | 8 |
| 12/06/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | STIP (DOC 333) | 9 |
| 11/15/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | | 10 |
| 10/20/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | | 9 |
| 10/18/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | | 8 |
| 08/04/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Withdrawn | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | STIP XWD/STIP | 7 |
| 07/21/2023 | 09:30 AM | Motion-Notice of Motion | No | Administrative | Adjourned | Cohen, Hon. Joel M. SUBMISSION - NO APPEARANCE | | 7 |
| 04/26/2021 | 01:00 PM | Conversion-Other | No | None | Adjourned | Cohen, Hon. Joel M. Remote Conference Part | 1:00PM, REMOTE CONFERENCE (Conversion) | |
| 02/19/2021 | 11:30 AM | Conversion-Other | No | None | Adjourned | Cohen, Hon. Joel M. Remote Conference Part | 11:30AM, REMOTE CONFERENCE (Conversion) | |
| 12/15/2020 | 10:30 AM | Conversion-Other | No | None | Adjourned | Cohen, Hon. Joel M. Remote Conference | 10:30, TELECONFERENCE (Conversion) | |

| Date | Time | Appearance Type | | | Outcome | Justice/Assigned Part | Part | |
|---|---|---|---|---|---|---|---|---|
| 05/05/2020 | 10:30 AM | Conversion-Other | No | None | Adjourned | Cohen, Hon. Joel M. Status Conference 3 | 10:30AM (Conversion) | |
| 01/31/2020 | | Motion-Other | No | None | Fully Submitted - No Opposition | Cohen, Hon. Joel M. Paperless Part No Appearance | | 6 |
| 01/21/2020 | 11:30 AM | Conference-Status | No | None | Held | Cohen, Hon. Joel M. Status Conference 3 | Supreme Trial; 11:30 (Conversion) | |
| 10/01/2019 | 09:30 AM | Conversion-Other | No | None | Adjourned | Cohen, Hon. Joel M. Status Conference 3 | 9:30AM (Conversion) | |
| 04/24/2019 | 09:30 AM | Motion-Other | No | None | Decided | Cohen, Hon. Joel M. IAS Motion 3 | 9:30AM (Conversion) | 4 |
| 04/24/2019 | | Motion-Other | No | None | Decided | Cohen, Hon. Joel M. E-Filing Submissions Calendar | STIP (Conversion) | 5 |
| 03/22/2019 | 02:30 PM | Conference-Status | No | None | Held | Cohen, Hon. Joel M. Status Conference 3 | Supreme Trial; 2:30PM (Conversion) | |
| 03/21/2019 | | Motion-Other | No | None | Adjourned | Cohen, Hon. Joel M. E-Filing Submissions Calendar | STIP (Conversion) | 5 |
| 02/19/2019 | 03:00 PM | Conference-Status | No | None | Held | Cohen, Hon. Joel M. Status Conference 3 | Supreme Trial; 3:00PM (Conversion) | |
| 01/18/2019 | 09:30 AM | Motion-Other | No | None | Adjourned | Cohen, Hon. Joel M. E-Filing Submissions Calendar | 9:30AM (Conversion) | 4 |
| 12/17/2018 | | Motion-Other | No | None | Adjourned | Bransten, Hon. Eileen E-Filing Submissions Calendar | STIP (Conversion) | 4 |
| 11/27/2018 | 10:30 AM | Conference-Compliance | No | None | Held | Bransten, Hon. Eileen Compliance Conference 3 | Supreme Trial; 10:30AM (Conversion) | |
| 10/03/2018 | 10:30 AM | Conference-Compliance | No | None | Adjourned | Bransten, Hon. Eileen Compliance Conference 3 | Supreme Trial; 10:30AM (Conversion) | |
| 08/14/2018 | 10:00 AM | Conference-Preliminary | No | None | Held | Bransten, Hon. Eileen IAS Preliminary Conference 3 | Supreme Trial; 10:00AM (Conversion) | |
| 06/04/2018 | | Conversion-Other | No | None | Adjourned | Bransten, Hon. Eileen Status Conference 3 | 11AM (Conversion) | |
| 12/18/2017 | | Motion-Other | No | None | Fully Submitted | Bransten, Hon. Eileen IAS Motion 3EFM | TRANSCRIPT RECEIVED (Conversion) | 1 |
| 12/18/2017 | | Motion-Other | No | None | Fully Submitted | Bransten, Hon. Eileen IAS Motion 3EFM | TRANSCRIPT RECEIVED (Conversion) | 2 |
| 11/16/2017 | | Motion-Other | No | None | Adjourned | Bransten, Hon. Eileen IAS Motion 3EFM | FOR TRANSCRIPT (Conversion) | 1 |
| 11/16/2017 | | Motion-Other | No | None | Adjourned | Bransten, Hon. Eileen IAS Motion 3EFM | FOR TRANSCRIPT (Conversion) | 2 |
| 11/13/2017 | | Motion-Other | No | None | Fully Submitted | Bransten, Hon. Eileen E-Filing Submissions Calendar | BY REF (Conversion) | 3 |
| 11/02/2017 | 11:30 AM | Motion-Other | No | None | Adjourned | Bransten, Hon. Eileen E-Filing Submissions Calendar | 11:30AM (Conversion) | 2 |
| 10/17/2017 | | Motion-Other | No | None | Adjourned | Bransten, Hon. Eileen E-Filing Submissions Calendar | BY REF (Conversion) | 3 |
| 09/21/2017 | 11:30 AM | Motion-Other | No | None | Oral Argument (60 Centre) | Bransten, Hon. Eileen E-Filing Submissions Calendar | 11:30AM (Conversion) | 1 |
| 09/07/2017 | | Motion-Other | No | None | Adjourned | Bransten, Hon. Eileen E-Filing Submissions Calendar | BY REFEREE 09/07/17 (Conversion) | 1 |

Close